# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:06cv384

| | |
|---|---|
| ADAM L. SHOWELL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| US AIRWAYS, INC., US AIRWAYS GROUP, INC., d/b/a US AIRWAYS, and JANE DOE (US AIRWAYS EMPLOYEE), | ) ) ) ) ) ) |
| Defendants. | ) ) |

## J U D G M E N T

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendants' Motion to Dismiss [Doc. 14] is **GRANTED** with respect to the Defendant "Jane Doe (US Airways Employee)," and Judgment is hereby entered in favor of the Defendant "Jane Doe (US Airways Employee)" against the Plaintiff.

**IT IS FURTHER ORDERED** that the Defendants' Motion for Summary Judgment [Doc. 14] is **GRANTED**, and Judgment is hereby entered in favor of the Defendants US Airways, Inc. and US Airways Group, Inc. against the Plaintiff. This case is hereby **DISMISSED.**

Signed: November 2, 2007

Martin Reidinger
United States District Judge